**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X  CASE NO. 09-42806-cec
**IN RE: JASVINDER SINGH,**                CHAPTER 7

                                    **Debtor.**
-------------------------------------------------------X

NOTICE OF MOTION TO REOPEN CASE

**PLEASE TAKE NOTICE** that Jasvinder Singh, the debtor herein through his Attorney Karamvir Dahiya of Dahiya Law Offices LLC, has filed the attached Motion to reopen Chapter 7 to file the Financial Management Course Certificate. The motion to reopen is scheduled to be heard before Honorable Judge Carla Craig of the United States Bankruptcy Court, Eastern District of New York located at 271 Cadman Plaza East, Brooklyn, NY 11201 at Courtroom Number 3529 on June 11, 2011 at 11:00AM.

All responsive papers, if any, should be filed with the court at 271 Cadman Plaza East, Brooklyn, NY 11201 and the undersigned attorney for the debtor no later than 3 days prior to the return date set forth herein above.

Dated: April 27, 2011
  New York, NY                                             */S/ Karamvir Dahiya*

                                                           _____
                                                           Karamvir Dahiya, Esq.
                                                           Dahiya Law Offices LLC
                                                           350 Broadway Suite 412
                                                           New York NY 10013
                                                           Tel: 212-766-8000
                                                           Fax: 212-766-8001

Notice to:

Chambers of Honorable Judge Carla Craig
271 Cadman Plaza East
Brooklyn NY 11201

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Chapter 7 Trustee
Richard E. O'Connell
Yost & O'Connell
24-44 Francis Lewis Boulevard
Whitestone, NY 11357

Amex
P O Box 297871
Fort Lauderdale, FL 33329

Atlantic Card
P O Box 21691
Roanoke, VA 24018

Bank of America
5069 East Sunrise Drive
Phoenix, AZ 85044

CBNA
P O Box 790012
Saint Louis, MO 63179

Chase
8725 W Sahara Avenue
The Lakes, NV 89163

Citi

P O Box 6500
Sioux Falls, SD 57117

Discover
P O Box 15316
Wilmington, DE 19850

LVNV Funding
P O Box 740281
Houston, TX 77274

THD/CBSD
P O Box 6003
Hagerstown, MD 21747

VISADSNB
9111 Duke Blvd
Mason, OH 45040