**DAHIYA LAW OFFICES LLC**
**350 Broadway**
**Suite 412**
**New York, NY 10007**
**Tel: 212-766-8000**
**Fax: 212-766-8001**

**Karamvir Dahiya KD 9738**
**Attorney for the Debtor**

----------------------------------------------------------------X Case No. 09-42806-cec
In re:

        Jasvinder Singh
              Chapter 7

-------------------------------------------------------------X

**MOTION TO RE-OPEN CHAPTER 7 TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE**

    KARAMVIR DAHIYA of Dahiya Law Offices LLC representing the debtor respectfully submit the following requesting re-opening the case to file financial management course certificate:

1. I am the attorney of record for debtor, and I am familiar with the facts and circumstances of this case.
2. The debtor sought bankruptcy protection on April 9, 2009.
3. The debtor completed the debtor education course on June 30, 2009 but my office was unable to file it somehow.
4. The case was closed on August 31, 2009 without discharge due to failure of filing Financial Management Course Certificate. Ex. A
5. Debtor started receiving collection letters from creditors and contacted my office regarding this issue.