Certificate Number: 02114-NYE-DE-007542567
Bankruptcy Case Number: 0942806

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 06/30/09, at 02:56 o'clock PM EST, Jasvinder Singh completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District Of New York.

Title: __Bankruptcy Program Director__
By: /s/Doug Erickson

Date: __06.30.09__

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

3